# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  MARTIN M. ROOKER & KELLY M. ROOKER  Case Number: 04-71430
2215 EAST GATE PARKWAY  SSN-xxx-xx-0535 & xxx-xx-3306
ROCKFORD, IL  61108

Case filed on: 3/17/2004
Plan Confirmed on: 5/28/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $12,469.44     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY HERBERT I GREENE | 694.00 | 694.00 | 694.00 | 0.00 |
|  | Total Legal | 694.00 | 694.00 | 694.00 | 0.00 |
| 998 | MARTIN M. ROOKER | 0.00 | 0.00 | 4.44 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 4.44 | 0.00 |
| 001 | COUNTRY WIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AMCORE BANK NA | 3,872.65 | 0.00 | 0.00 | 0.00 |
| 003 | AMCORE BANK NA | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 |
|  | Total Secured | 7,872.65 | 4,000.00 | 4,000.00 | 0.00 |
| 003 | AMCORE BANK NA | 2,102.65 | 2,102.65 | 1,279.39 | 0.00 |
| 004 | BANKCARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BROADWAY FLORIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | WINNEBAGO COUNTY HEALTH DEPT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MCI LONG DISTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NICOR GAS | 1,023.30 | 1,023.30 | 622.64 | 0.00 |
| 010 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | PHYSICIANS IMMEDIATE CARE | 118.00 | 118.00 | 71.80 | 0.00 |
| 012 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | FIRST CONSUMERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | HHM EMERGENCY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CRUSADER CLINIC | 934.00 | 934.00 | 568.30 | 0.00 |
| 017 | ROCKFORD ASSOCIATED PATHOLOGISTS | 330.00 | 330.00 | 200.79 | 0.00 |
| 018 | ROCKFORD ANESTHESIOLOGISTS ASSOC | 1,296.00 | 1,296.00 | 788.57 | 0.00 |
| 019 | MEDICAL DENTAL HOSPITAL BUREAU | 1,875.00 | 1,875.00 | 1,140.87 | 0.00 |
| 020 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | DR. BASSAM SOUFAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ALPINE CHRISTIAN SCHOOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | RADIOLOGY CONSULTANTS OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MUTUAL MANAGEMENT SERVICES | 1,237.15 | 1,237.15 | 752.76 | 0.00 |
| 027 | WELLS FARGO FINANCIAL | 1,370.12 | 1,370.12 | 833.67 | 0.00 |
| 028 | ECAST SETTLEMENT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ECAST SETTLEMENT CORPORATION | 265.68 | 265.68 | 161.66 | 0.00 |
| 030 | ECAST SETTLEMENT CORPORATION | 848.53 | 848.53 | 516.30 | 0.00 |
| 031 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 11,400.43 | 11,400.43 | 6,936.75 | 0.00 |
|  | Grand Total: | 19,967.08 | 16,094.43 | 11,635.19 | 0.00 |

Total Paid Claimant:    $11,635.19
Trustee Allowance:      $834.25
Percent Paid Unsecured:    60.85

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/01/2007                By  /s/Heather M. Fagan